UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20457-CR-ALTONAGA/REID

18 U.S.C. § 1349
18 U.S.C. § 981(a)(1)(C)

FILED BY TS D.C.
Oct 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

JORGE SALERMO,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1. The defendant, **JORGE SALERMO**, was a resident of Miami-Dade County and was employed by Company 1.

2. Company 1 was a financial technology and logistics company headquartered in Los Angeles, California, with branches located in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere.

3. Bank 1 was a national bank whose accounts are insured by the Federal Deposit Insurance Corporation. Bank 1 was headquartered in Cherry Hill, New Jersey, and maintained branches across the United States.

4. Bank 2 was a national bank whose accounts are insured by the Federal Deposit Insurance Corporation. Bank 2 was headquartered in Pittsburgh, Pennsylvania, and maintained branches across the United States.

## COUNT 1
## Conspiracy to Commit Bank Fraud
## (18 U.S.C. § 1349)

Beginning in or around January 2019, and continuing through in or around September 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JORGE SALERMO,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the United States Attorney to knowingly, and with intent to defraud, execute a scheme and artifice to defraud one or more financial institutions, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2).

**PURPOSE AND OBJECT OF THE CONSPIRACY**

It was the purpose and object of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves and others by, among others things, embezzling checks, creating counterfeit checks using account information from the embezzled checks, and depositing those counterfeit checks for their own use and gain.

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

2

1. **JORGE SALERMO** would embezzle checks, including checks drawing on accounts at Bank 1 and Bank 2, from Company 1.

2. **JORGE SALERMO** would provide the embezzled checks to his co-conspirators.

3. Co-conspirators would sell images of the embezzled checks using an internet-based messaging application.

4. Co-conspirators who bought the embezzled check images would create counterfeit checks using bank account and other information from the embezzled checks.

5. Co-conspirators would deposit the counterfeit checks, causing the withdrawal of funds from accounts at Bank 1 and Bank 2, and retain the proceeds for their own use and gain.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JORGE SALERMO**, has an interest.

2. Upon conviction of a conspiracy to commit a violation of Title 18, United States Code, Section 1349, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

[Remainder of Page Intentionally Left Blank]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JORGE SALERMO,

_____/
          Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL    ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II   ☐ 6 to 10 days
   III   ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Scola   Case No. 21-CR-20491
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Zachary A. Keller
Assistant United States Attorney
Court ID No.   A5502767

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JORGE SALERMO

**Case No**: _____

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $1,000,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| JORGE SALERMO, | ) |
|  | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joel DeFabio
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*